UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rackim Williams, | ) | C/A No. 8:11-281-JFA-JDA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Officer LT Anthony Davis, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Rackim Williams, brings this action pursuant to 42 U.S.C. § 1983 setting forth claims against the defendant for excessive force and cruel and unusual punishment stemming from an altercation while the plaintiff was housed at the Special Management Unit (SMU) at Lee Correctional Institution.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the defendant's motion for judgment[2] should be granted. Specifically, the Magistrate Judge suggests that the defendant is entitled to qualified immunity. The Report sets forth in detail the relevant facts and standards of law on this

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

[2] An order was issued pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) notifying plaintiff of the summary dismissal procedure and possible consequences if he failed to adequately respond to the motion for summary judgment. Plaintiff responded to the motion.

1

matter, and the court incorporates such without a recitation.

The parties were advised of their right to file objections to the Report which was entered on the docket on February 21, 2012. As of the date of this order, neither party has filed objections to the Report and the time within which to do so has expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, the defendant's motion for summary judgment is granted, and this action is dismissed with prejudice.

IT IS SO ORDERED.

March 14, 2012  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge